```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA       :

          - v. -               :

                               :    SENTENCING MEMORANDUM
JUAN GARCIA,
                               :    01 Cr. 35 (LTS)
          Defendant.
------------------------------X
```

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

April 29, 2008

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street - Suite 755
New York, NY 10007

Re:   **United States v. Juan Garcia**
      **01 Cr. 35 (LTS)**

Dear Judge Swain:

By Order dated March 27, 2008, the Court determined that Juan Garcia was not eligible for a reduction of his sentence under the amended United States Sentencing Guidelines regarding crack cocaine.

The United States Sentencing Commission has recently amended the guidelines again in cases involving multiple drugs where the drug equivalency tables were used. This new amendment is effective on May 1, 2008.

It is my position that the new amendment benefits Juan Garcia in that it reduces his base offense level to 34 from the original 36 level. When Mr. Garcia was originally sentenced his base level was 36 and reduced to level 29 because of specific offense characteristics which included acceptance of responsibility, minor role and safety valve consideration. A two level reduction in the base offense level would result in a new total offense level of 27 at Criminal History I for a guideline range of 70 to 87 months. I request that Mr. Garcia receive a time served sentence.

I note that according to the United States Probation Department, Mr. Garcia is scheduled to be released from his present sentence on May 22, 2008. I also have been advised that the Probation Department is preparing an amended memorandum on Mr. Garcia's case. I enclose a copy of an e-mail I received from the United States Probation Department to his effect.

Honorable Laura Taylor Swain  
United States District Judge  
Southern District of New York

April 29, 2008  
Page 2

Re: <u>United States v. Juan Garcia</u>  
      **01 Cr. 35 (LTS)**

    I respectfully request that the Court direct that the United States Probation Department and United States Attorney respond in an expedited manner to this motion given the fact that Mr. Garcia is due to be released from his present sentence by May 22, 2008.

Yours truly,

John J. Byrnes, Esq.  
Attorney-In-Charge  
Tel. (212) 417-8735

JJB:kj  
Enclosures

cc:   Boyd Johnson, Esq.  
      Assistant United States Attorney  
      Southern District of New York  
      One St. Andrews Plaza  
      New York, NY 10007

      Dawn Doino  
      United States Probation Officer  
      United States Probation Department  
      Southern District of New York  
      500 Pearl Street  
      New York, NY 10007

      Mr. Juan Garcia  
      Reg. No. 45084-054